James MARTIN; Juan Wilkins, Plaintiffs–Appellants,

v.

Leon BLACK, Detective, Prince William County Police Department, Defendant–Appellee,

and

Travelers Insurance Company; Christopher Doyle Carney; Paul Denver, The Travelers Insurance Company; Sherry Burdette, The Travelers Insurance Company, Defendants.

No. 00–2415.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 15, 2001.

**290**

John M. DiJoseph, Kavrukov, Mehrotra & Dijoseph, Arlington, VA, for appellants. Sharon E. Pandak, County Attorney, Ross G. Horton, Senior Assistant County Attorney, Prince William, VA, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

James Martin and Juan Wilkins appeal the district court's order granting summary judgment in favor of Detective Leon Black, the Defendant in this civil action. We have reviewed the record and the district court's opinion rendered from the bench and find no reversible error. Accordingly, we affirm on the reasoning of the district court, specifically, that Black was entitled to qualified immunity because his arrest of Martin and Wilkins was supported by probable cause, notwithstanding the ultimate dismissal of the charges after trial. *Martin v. Black,* No. CA–99–1673–A (E.D.Va. filed Sept. 29, 2000; entered Oct. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*